UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CITY OF TREASURE ISLAND,

    Plaintiff,
v.
                                    Case No. 8:09-cv-1317-T-33MAP

CITY OF ST. PETERSBURG,

    Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to Plaintiff's Motion for Relief from the Order Referring Case to Mediation (Doc. # 12), which was filed on November 19, 2009.

Plaintiff represents that both parties seek an order finding that this case is not suitable for mediation. Plaintiff indicates that, prior to suit, the parties engaged in the conflict resolution process mandated by the Florida Governmental Conflict Resolution Act, Chapter 164, Florida Statutes. Plaintiff states that the parties mediated the conflict on November 18, 2008, approximately nine months prior to the filing of the complaint in this case.

The Court is aware that Local Rule 9.03 states, "Any civil action or claim referred to mediation pursuant to this rule may be exempt or withdrawn from mediation by the presiding judge at any time, before or after reference, upon a determination for any reason that the case is not suitable for mediation." However, the Court determines that, in this case, mediation is appropriate.

Pre-suit conflict resolution, whether mandated by statute or conducted voluntarily, is a common practice, and does not relinquish the parties of their obligation to engage in court-annexed mediation under the Local Rules of this Court.

The Court notes that the parties have filed a Notice of Mediator Selection (Doc. # 11), in which they select Robert E. Bugg, Esq. as a mediator. Further, the parties state that they will mediate prior to June 30, 2010. The Court accordingly appoints Robert E. Bugg, Esq. as mediator and directs the parties to advise the Court of the mediation date within thirty days of the date of this Order.

Accordingly, it is

**ORDERED, ADJUDGED, and DECREED:**

(1) Plaintiff's Motion for Relief from the Order Referring Case to Mediation (Doc. # 12) is **DENIED**.

(2) The parties shall advise the Court of the mediation date within thirty days of the date of this Order

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 23rd day of November, 2009.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record